Order issued February 27, 2013

444



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00340-CR

**BRANDON JEROME MILLER, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices Bridges, FitzGerald, and Myers

Based on the Court's opinion of this date, we **GRANT** the September 18, 2012 motion of Adrienne A. Dunn for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Adrienne A. Dunn and Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Brandon Jerome Miller, TDCJ No. 1773237, Fort Stockton Transfer Facility, 1536 IH-10 East, Fort Stockton, Texas, 79735.

_____
LANA MYERS
JUSTICE